| | AUSA: Timothy Wyse | Telephone: (313) 226-9144 |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Mark ~~█████~~ | Telephone: (313) 226-0533 |

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

FILED
2019 MAY -9  P 2: 43
U.S. DISTRICT COURT
NEW HAVEN, CT.

United States of America
v.
D-6 Ryan Stevenson

2:19-cr-20246

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ryan Stevenson,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud

Date: APR 1 8 2019

*Issuing officer's signature*
DEBORAH TYLER, DEPUTY CLERK
*Printed name and title*

City and state: DETROIT, MICHIGAN

---

**Return**

This warrant was received on *(date)* 5/3/2019, and the person was arrested on *(date)* 5/9/2019
at *(city and state)* West Haven, CT.

Date: 5/9/2019

*Arresting officer's signature*
Special Agent Michael Mangaviello
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA